# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Calvin Eriksen | ) | Case No. 25-MJ-454 |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/28/2025

*Defendant's signature*

*Signature of defendant's attorney*

Attorney Jonathan A. LaVoy (SBN: 1027608)
*Printed name and bar number of defendant's attorney*

Kim & LaVoy, S.C.
2360 N. 124th Street, Suite 200
Wauwatosa, Wisconsin 53226

*Address of defendant's attorney*

jlavoy@kimandlavoy.com
*E-mail address of defendant's attorney*

(414) 257-2100
*Telephone number of defendant's attorney*

(414) 257-2170
*FAX number of defendant's attorney*