UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2025 AUG 12 P 3: 22

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**25-CR-152**

CALVIN M. ERIKSEN,

Case No. 25-CR-

    Defendant.

[18 U.S.C. §§ 2252A(a)(2)(A) & 2252A(b)(1)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1.   On or about January 17, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**CALVIN M. ERIKSEN**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2.   The child pornography distributed by the defendant included, but is not limited to, the image identified by the following partial file name:

| Partial File Name | Description |
|---|---|
| 10f9…2428 | An image depicting a 7 to 10-year-old pre-pubescent minor female child who is naked except for   white stockings worn up to her thighs and who is sitting on top of a fully erect penis while being vaginally penetrated. |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## FORFEITURE NOTICE

Upon conviction of the violation of Title 18, United States Code, Section 2252A(a)(2)(A) set forth in this indictment, the defendant, Calvin M. Eriksen, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, including his iPhone 12, real or personal, used or intended to be used to commit or promote the commission of such offense.

Dated: 8-12-25

_____
RICHARD G. FROHLING
Acting United States Attorney

3