# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**CALVIN ERIKSEN**

**ARRAIGNMENT
AND PLEA MINUTES**

CASE NUMBER **25-cr-00152**

---

HONORABLE NANCY JOSEPH, presiding
Deputy Clerk: Evan R.
Hearing Held: August 26, 2025, at 9:00 am

Court Reporter: Liberty
Hearing Began: 9:01 am
Hearing Ended: 9:07 am

**Appearances:**

UNITED STATES OF AMERICA by: Megan Jean Thomas
Calvin Eriksen, in person, and by: Jonathan A LaVoy
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☒ None ☐ Sworn

☐ CJA ☐ FDS ☒ RET

---

☒ Original Indictment ☐ Superseding Indictment ☐ Information ☐ Misdemeanor ☒ Felony

| | |
|---|---|
| Speedy Trial Date: __11/4/2025__ | District Judge: __Brett Ludwig__ |
| Plea Deadline: | Bond Judge: __Stephen Dries__ |
| Final Pretrial Report | Magistrate Judge: __William Duffin__ |
| Final Pretrial Conf.: __TO BE SET__ | Motions Due: __9/11/2025__ |
| Jury Trial Date: __TO BE SET__ | Responses Due: __9/22/2025__ |
| Trial Length Estimate: 2 days | Replies Due: __9/29/2025__ |

---

☒ Defendant advised of rights
☐ Court orders counsel appointed
☒ Defendant advised of charges, penalties, and fines
☒ Copy of indictment received by defendant
  ☒ Indictment read ☐ defendant waives reading
☒ Not guilty plea entered by: ☒ defendant ☐ the court
☒ Expanded discovery policy applies (*See* Order below)
  Discovery available: this week

☒ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted ☐ Denied
  ☐ Referred to William Duffin
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge William Duffin

---

Maximum Penalties:

COUNT 1: SENT: 5-20 years; FINE: $250,000; SR 5 years to Life; SA: $100.

BOND
Release continued as previously set.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings