UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                          Case No. 25-CR-152

CALVIN M. ERIKSEN,

      Defendant.

---

## UNITED STATES' BILL OF PARTICULAR
## FOR FORFEITURE OF PROPERTY

---

The United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Megan J. Thomas, Assistant United States Attorney, files this Bill of Particulars to notify the Court and the defendant of the United States' amendment to the description of the iPhone 12 listed in the Forfeiture Notice of the Indictment filed on August 12, 2025. This property is now described as an iPhone 12 pro with model number MGKM3LLA.

Dated at Milwaukee, Wisconsin, this 18th day of September, 2025.

                                        RICHARD G. FROHLING
                                        Acting United States Attorney

                By:    *s/Megan J. Thomas*
                         MEGAN J. THOMAS
                         Assistant United States Attorney
                         Bar Number: 1035076
                         Attorney for Plaintiff
                         Office of the United States Attorney
                         Eastern District of Wisconsin
                         517 East Wisconsin Avenue, Room 530
                         Milwaukee, WI 53202
                         Telephone: (414) 297-1700
                         E-Mail: megan.paulson@usdoj.gov