# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**COURT MINUTES**

UNITED STATES OF AMERICA

v.  COUNSEL-ONLY STATUS CONFERENCE
(by telephone)

CALVIN ERIKSEN  Case No. 25-cr-0152-bhl

---

HONORABLE BRETT H. LUDWIG presiding  Time Called: 9:00 a.m.
Proceeding Held: October 1, 2025  Time Concluded: 9:07 a.m.
Deputy Clerk: Alex V.  Tape: 14

**Appearances:**

UNITED STATES OF AMERICA by:  Megan Thomas
CALVIN ERIKSEN by:  Jonathan LaVoy

---

The Court summarized the procedural history of the case. The government confirmed that the parties have conferred about discovery as required by Criminal Local Rule 16.1 and the government has provided the discovery to the defense. The government reported that the parties have conferred and the government tendered a plea agreement to the defense. Defense counsel reported that he has reviewed the plea agreement and discussed it with his client. Defense counsel further reported that the case is in a resolution posture and requested a continuance of the status conference to allow for further review of the plea agreement with his client.

With the agreement of both parties, the Court set a continued counsel-only status conference for **October 29, 2025, at 9:00 a.m.** To appear, counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time. If a signed plea agreement is filed sufficiently in advance of the status conference (by October 24, 2025), the Court will convert the status conference to an in-person change of plea hearing.

The Court made a finding under the Speedy Trial Act. The period of time from 10/1/25 to 10/29/25 is deemed excludable.