## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALVIN M. ERIKSEN | **CHANGE OF PLEA<br>HEARING MINUTES**<br><br>Case No. 25-cr-0152-bhl |

HONORABLE BRETT H. LUDWIG presiding  
Proceeding Held: October 29, 2025  
Deputy Clerk: Julie D.

Time Called: 9:05 a.m.  
Time Concluded: 9:35 a.m.  
Court Reporter: T. Malkiewicz

**Appearances:**

UNITED STATES OF AMERICA by: Megan Thomas

CALVIN M. ERIKSEN in person and by: Jonathan LaVoy

U.S. PROBATION OFFICE by: James Fetherston

---

☒ Plea agreement filed (ECF No. 16)  
☒ Defense counsel advises that the defendant wishes to enter a plea of guilty.  
☒ Defendant sworn.  
☒ Defendant advised that false statements made under oath may result in prosecution for perjury.  
☒ Court questions the defendant as to background, education, medical history, drug usage.  
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/ representation.

☒ Court advises the defendant as to:  
 ☒ Elements of the offense  
 ☒ Forfeiture provision  
 ☒ Mandatory minimum sentence (ECF No. 16 ¶6, 5 years' imprisonment)  
 ☒ Sentencing guidelines  
 ☒ Rule 11(b) Rights  
 ☒ Waiver of appeal rights (ECF No. 16 ¶36)  
 ☒ Maximum penalties  
☒ Government provides factual basis as set forth in plea agreement.

---

☒ GUILTY plea entered as to the one-count Indictment.  
☒ CHARGE: knowingly distributed child pornography in violation of 18 U.S.C. §2252A(a)(2)(A) and 2252A(b)(1)  
☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea.  
☒ Defendant adjudged guilty as to the one-count Indictment.  
☒ PSR ordered.  
☒ Sentencing set for: **January 29, 2026, at 11:00 a.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, Wisconsin 53202

---

☐ Detention continued; or ☒ Bond continued: ☒ as previously set, or ☐ as modified: