UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 25-CR-152

CALVIN M. ERIKSEN,

    Defendant.

**MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE**

    The United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Megan J. Thomas, Assistant United States Attorney for said District, hereby moves this Court pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for an order forfeiting to the United States all right, title and interest in the iPhone 12 pro with model number MGKM3LLA described in the Bill of Particulars filed on September 18, 2025, which added the property item to the forfeiture notice of the Indictment filed on August 12, 2025.

    This motion is based on the provisions of Title 18, United States Code, Section 2253 and on all proceedings of record in this case. In particular, defendant Calvin M. Eriksen pled guilty to the single-count Indictment and agreed to the forfeiture of the property listed in the indictment and bill of particulars filed in this case.

    No affidavit or memorandum is submitted in support of this motion.

    Dated at Milwaukee, Wisconsin, this 12th day of November, 2025.

RICHARD G. FROHLING,
Acting United States Attorney

By: *s/Megan J. Thomas*
MEGAN J. THOMAS
Assistant United States Attorney
Bar Number: 1035076
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
E-Mail: megan.paulson@usdoj.gov