UNITED STATES OF AMERICA,

        Plaintiff,

        v.                           Case No. 25-cr-0152-bhl

CALVIN M. ERIKSEN,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea to the single-count Indictment, the defendant agreed to the forfeiture of the property described in the Bill of Particulars filed on September 18, 2025, which added the property item to the forfeiture notice of the Indictment filed on August 12, 2025.

**IT IS HEREBY ORDERED** that all right, title, and interest in the iPhone 12 pro with model number MGKM3LLA is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253.

**IT IS FURTHER ORDERED** that the above listed item of property shall be seized forthwith by the United States Marshals Service for the Eastern District of Wisconsin or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the item of property according to law.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin on November 13, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge

2