UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                          Case No. 25-CR-152

CALVIN M. ERIKSEN,

Defendant.

## NOTICE OF FORFEITURE OF PROPERTY

Notice is Hereby Given that:

1.     On November 13, 2025, in the case of *United States v. Calvin M. Eriksen,* Case No. 25-CR-152, the United States District Court for the Eastern District of Wisconsin entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Calvin M. Eriksen in the iPhone 12 pro with model number MGKM3LLA.

2.     The United States intends to dispose of the property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition with the court within thirty (30) days of his receipt of this notice from the government, pursuant to 21 U.S.C. § 853(n)(2).  The petition must be filed with the Clerk of the Court, 517 East Wisconsin Avenue, Third Floor, Milwaukee, Wisconsin 53202, and a copy served upon Assistant United States Attorney Megan J. Thomas, 517 East Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202.

3.     The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the

time and circumstances of the petitioner's acquisition of right, title, or interest in the forfeited property, and any additional facts supporting the petitioner's claim, and the relief sought, pursuant to 21 U.S.C. § 853(n)(3).

4.     Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Executed and sent this 18th day of November, 2025, at Milwaukee, Wisconsin.

BRAD D. SCHIMEL
United States Attorney

By:     *s/Megan J. Thomas*
MEGAN J. Thomas
Assistant United States Attorney
Bar Number: 1035076
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: megan.thomas2@usdoj.gov

2