# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CALVIN ERIKSEN** | **SENTENCING MINUTES**<br><br>Case No. 25-cr-0152-bhl |

HONORABLE BRETT H. LUDWIG presiding  
Proceeding Held: January 29, 2026  
Deputy Clerk: Julie D.

Time Called: 11:07 a.m.  
Time Concluded: 11:58 a.m.  
Court Reporter: T. Malkiewicz

**Appearances:**

UNITED STATES OF AMERICA by: Megan J. Thomas  
CALVIN ERIKSEN in person and by: Jonathan A. LaVoy  
U.S. PROBATION OFFICE by: James P. Fetherston

- ☒ The parties have no objections to the factual statements in the PSR.
- ☒ The parties have no objections to the application of the guidelines in the PSR.

- ☒ The Court adopts the factual statements and guideline application as set forth in the PSR.

- ☒ The government presents sentencing argument: 60 months
- ☒ The defendant presents sentencing argument: 60 months
- ☒ Defendant exercises right of allocution.
- ☒ The Court imposes sentence.
- ☒ Defendant advised of appeal rights.

The government moved for an additional one-level decrease pursuant to U.S.S.G. § 3E1.1(b) because the defendant timely notified authorities of his intention to enter a plea of guilty. The Court granted the motion.

**SENTENCE IMPOSED:** seventy-two (72) months as to Count One of the Indictment

**SUPERVISED RELEASE:** seven (7) years as to Count One of the Indictment

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00    due immediately

**Fine:** $ _____    ☒ fine waived

**Restitution:** $ None

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the Court shall be included in the criminal judgment: iPhone 12 pro with model number MGKM3LLA

**RECOMMENDATIONS**

☐ The Court recommends the defendant's placement at _____.
☐ The Court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office and the defendant's passport is to be returned to the defendant's counsel upon the defendant's surrender.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.