UNITED STATES OF AMERICA,

       Plaintiff,

       v.                        Case No. 25-CR-152

CALVIN M. ERIKSEN,

       Defendant.

## UNITED STATES' MOTION FOR ENTRY OF
## FINAL ORDER OF FORFEITURE AND JUDGMENT

The United States of America, by its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Megan J. Thomas, Assistant United States Attorney for said district, hereby moves this Court for entry of a final order of forfeiture and judgment giving the government clear title to the iPhone 12 pro with model number MGKM3LLA described in the Bill of Particulars filed on September 18, 2025, which added the property item to the forfeiture notice of the Indictment filed on August 12, 2025.

On November 13, 2025, the Court entered a preliminary order of forfeiture as to the property item. R. 20.

The United States brings this motion under 18 U.S.C. § 2253.

The United States bases this motion on all proceedings of record in this case as well as the supporting declaration of the undersigned filed herewith.

A proposed final order of forfeiture and judgment accompanies this motion.

Respectfully submitted this 4th day of February, 2026.

BRAD D. SCHIMEL
United States Attorney

By:   *s/ Megan J. Thomas*
MEGAN J. THOMAS
Assistant United States Attorney
Bar Number: 1035076
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: megan.thomas2@usdoj.gov

2