UNITED STATES OF AMERICA,

      Plaintiff,

      v.                          Case No. 25-CR-152

CALVIN M. ERIKSEN,

      Defendant.

## DECLARATION OF MEGAN J. THOMAS

I, Megan J. Thomas, declare the following:

1. I am the Assistant United States Attorney assigned to handle the prosecution of the above-entitled matter.

2. This declaration is submitted in support of the government's motion for an order and judgment of forfeiture.

3. On November 13, 2025, this Court issued an order forfeiting the interest of Calvin Eriksen in the property listed in the Bill of Particulars filed on September 18, 2025, which added the property item to the forfeiture notice of the Indictment filed on August 12, 2025.  R. 20.

4. On November 18, 2025, the government filed a notice of forfeiture with respect to the property named in this Court's November 13, 2025, forfeiture order, and caused this notice to be posted on an official government internet site for at least 30 consecutive days, beginning on November 15, 2025, and ending on December 14, 2025, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  Copies of the Declaration of Publication, Notice

of Forfeiture, and Advertisement Certification Report evidencing notice of the forfeiture action are attached hereto as Exhibit A.

5. Pursuant to 21 U.S.C. § 853(n)(1), written notice of forfeiture was also mailed to all parties of record who might have a claim or interest in the property covered by this Court's November 13, 2025, forfeiture order.

6. Pursuant to 21 U.S.C. § 853(n)(2), interested parties must assert a claim for the forfeited property within 30 days of the final publication of notice or receipt of the notice, whichever is earlier. To date, no claims have been filed in response to the November 18, 2025, notice of forfeiture, and the time to respond has expired.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of February, 2026.

By: _s/ Megan J. Thomas_
MEGAN J. THOMAS
Assistant United States Attorney
Bar Number: 1035076
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: megan.thomas2@usdoj.gov

2