UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 25-cr-0152-bhl

CALVIN M. ERIKSEN,

Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

The Court has considered the United States' Motion for Entry of a Final Order and Judgment of Forfeiture and supporting declaration of Assistant United States Attorney Megan J. Thomas. The record confirms that no third party has filed a valid timely claim as to the iPhone 12 pro with model number MGKM3LLA described in the Bill of Particulars filed on September 18, 2025, which added property to the forfeiture notice of the Indictment filed on August 12, 2025, and, to which this Court has already entered a Preliminary Order of Forfeiture.

Based on the United States' motion and the papers and pleadings on file, the United States has satisfied the terms and provisions of 18 U.S.C. §2253. Accordingly, under 18 U.S.C. §2253, the Court **ORDERS** the above-listed item of property **FORFEITED** to the United States of America. The United States has clear title to this property item and may dispose of the property item according to law.

Dated at Milwaukee, Wisconsin on February 5, 2026.


s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge