BHL
25cr152

United States District Court
Eastern District of Wisconsin
517 E Wisconsin Ave Rm 362
Milwaukee, WI 53202

U.S. District Court
Wisconsin Eastern

FEB 18 2026

FILED
Clerk of Court

53005 UTF16
53202>45582

Jonathan A LaVoy
Kim & LaVoy SC
2360 N 124th St - Ste 200
Brookfield, WI 53005

MILWAUKEE WI 530NEOPOST
10 FEB 2026 PM 1 L    02/10/2026
US POSTAGE $000.74⁰

SCANNED
FEB 18 2026

FIRST-CLASS MAIL
IMI
ZIP 53202
041M11456268

NIXIE    530    FE 1    0002/15/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 53202458299    *2325-04947-10-39