

ATTORNEYS AT LAW

May 20, 2026

Honorable Brett H. Ludwig
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

**RE:** **United States of America v. Calvin ERIKSEN**
**Case Number: 25-CR-152**

Dear Judge Ludwig:

The above-captioned case proceeded to Sentencing on January 29, 2026. At that time, the Court ordered the return of Dr. Eriksen's passport once he self-surrendered to the Bureau of Prisons. Dr. Eriksen has now self-surrendered and he is currently in custody at FCI Milan in Michigan. At the sentencing hearing, Dr. Eriksen requested that his passport be returned to my office and that I forward it to his parents. I spoke with the Clerk of Courts and I was instructed to file a letter with the Court seeking an Order to return the passport so that they can release it to me. I would kindly request that you consider issuing an Order indicating that the passport is to be returned to the law firm of Kim & LaVoy, S.C. Thank you.

Very truly yours,

KIM & LAVOY, S.C.

Electronically signed by:
Jonathan A. LaVoy
Attorney for Defendant
State Bar Number: 1027608

cc:     AUSA Megan Thomas
        Calvin Eriksen

MILWAUKEE . WAUWATOSA . WAUKESHA . WEST BEND

2360 N. 124th Street
Suite 200
Wauwatosa, WI 53226
414.257.2100
414.257.2170 FAX
www.kimandlavoy.com