UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

                                        Case No. 25-cr-0152-bhl

    v.

CALVIN ERIKSEN

        Defendant.

## ORDER GRANTING DEFENDANT'S REQUEST FOR RETURN OF PASSPORT AND AUTHORIZING CLERK OF COURT TO RELEASE PASSPORT

On January 29, 2026, the Court sentenced Defendant Calvin Eriksen and ordered the return of his passport once he self-surrendered to the Bureau of Prisons. (ECF No. 24.) The defendant self-surrendered and is currently in custody at FCI Milan in Milan, Michigan and requests that his passport be released and returned to his attorney. (ECF No. 31.) The Court will grant the defendant's request.

Accordingly,

**IT IS ORDERED** that the defendant's letter request for the return of his passport (ECF No. 31) is **GRANTED** and the Clerk of Court's Office is authorized to release the defendant's passport and return it by U.S. Mail to his attorney:

Jonathan A. LaVoy
Kim & Lavoy, S.C.
2360 N. 124th Street
Suite 200
Wauwatosa, WI  53226

Dated at Milwaukee, Wisconsin on May 21, 2026.

                                      s/ *Brett H. Ludwig*
                                      BRETT H. LUDWIG
                                      United States District Judge